IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE |
| v. | ) | |
| | ) | CASE NO. 1:19 CR 439 |
| RAYMOND ANTHONY MILLER, | ) | |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 751(a) |

JUDGE ADAMS

COUNT 1
(Escape, 18 U.S.C. § 751(a))

The Grand Jury charges:

1. On or about January 2, 2017, in the Northern District of Ohio, Eastern Division, Defendant RAYMOND ANTHONY MILLER did knowingly escape from custody, under the supervision of Oriana House Residential Reentry Center, while in custody as an inmate at Federal Correctional Institution McKean, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Northern District of Ohio, upon a previous conviction for felon in possession of firearm and or ammunition, in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.